UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 09-3478
_____

EDWARD LLOYD JOHNSON,
Petitioner
v.

ERIC H. HOLDER, JR.,
ATTORNEY GENERAL OF THE UNITED STATES
_____

Before:   SCIRICA, SMITH and WEIS, Circuit Judges.


**O R D E R**


On the representation of the Attorney General that petitioner, Edward Lloyd Johnson, has been released from confinement, it is directed that the Memorandum and Order of this Court dated December 28, 2010, particularly Part II, is hereby vacated.

By the Court,


/s/JOSEPH F. WEIS, JR.
Circuit Judge


DATED:   February 9, 2011
SLC/cc:   Regina Byrd
          John K. Grantham
          Allissa A.R. Pollard
          Steven H. Schulman
          Lori Warlick
          Jason Wisecup